UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: Larry Jason Confer            :            Case #: 04-54142

                                                  :            Chapter 13

                                                  :            Judge Preston

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: August 9, 2011                                  /s/ Frank M. Pees
                                                               Frank M. Pees
                                                               Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| Citicapital Corporation<br>1615 Brett Rd.<br>New Castle, DE 19720 | $255.29 |